**Fill in this information to identify the case:**

Debtor 1: ORLANDO TODD BROWN

Debtor 2 (Spouse, if filing): VALLERIA BROWN

United States Bankruptcy Court for the: NORTHERN District of IL (State)

Case number: 14 B 10620

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: BRENDAN FINANCIAL, INC.

Last 4 digits of any number you use to identify the debtor's account: 0262

Property address: 8120 S. FRANCISCO
CHICAGO, IL 60652

Court claim no. (if known): _____

### Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____ MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ 1719.36

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ 0.00

c. **Total.** Add lines a and b. (c) $ 1719.36

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 2/15/2019 MM/DD/YYYY

Form 4100R   Response to Notice of Final Cure Payment   page 1

Debtor 1  ORLANDO TODD BROWN
         First Name  Middle Name  Last Name

Case number (if known) 14 B 10620

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X _[signature]_    Signature

Date 4.8.19

Print  Scott  R.  Barfuss
     First Name  Middle Name  Last Name

Title Attorney

Company _____

If different from the notice address listed on the proof of claim to which this response applies:

Address 24 East Avenue
       Number  Street

Riverside, IL 60546
City  State  ZIP Code

Contact phone (708) 788-4870

Email scott.barfuss@gmail.com

BRENDAN FINANCIAL, INC. (RIC)  Period: Dec/15/2010 thru Dec/31/2019                                Date Printed: Apr/08/2019
773-789-2727  773-299-4015                                                                         Payoff Amount: $88,204.59
30 East Ave.  Suite A
Riverside, Illinois  60546
708-442-2686
History Report 2010                                                                                Orig: $ 115,538.00
Account: BFIFHI0262*                                                                               Simple DAILY Interest 365  - Monthly Payments

BROWN ORLANDO              P/I Pmt: 859.68        L/C: 42.98       I/R: 0.065000     Origination: 12/15/2010
8120 S. FRANCISCO          Escrow Pmt: 0.00      Grace: 10         Dep: 0.00         Loan Type:   N/A
                                                 Due Day: 15       Escrow: 0.00      Lien Position: 2nd
CHICAGO, IL  60652         Total Pmt: 859.68     Pd Thru: Apr/2019 + 0.00
773-789-2727  773-299-4015
Start Date: Dec/15/2010                                                    Principal Balance = 88,141.80

| Date | Posting | | Amount | Fee/Chg | L/C | Prior Int | Cur Int | Days | Escrow | Principal | PD THRU | PLUS | Prin Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *** OPENING AMTS *** | | | | | | | | | 0.00 | 115,538.00 | Dec/2010 | 0.00 | 115,538.00 |
| 01/20/11 | 1 | 2528 | 859.68 | 0.00 | 0.00 | 0.00 | 740.71 | 36 | 0.00 | -118.97 | Jan/2011 | 0.00 | 115,419.03 |
| 01/20/11 | 1 | | -859.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | +859.68 | Dec/2010 | 0.00 | 116,278.71 |
| 02/08/11 | 1 | | 977.66 | 0.00 | 42.98 | 0.00 | 393.44 | 19 | 0.00 | -541.24 | Jan/2011 | 75.00 | 115,737.47 |
| 02/18/11 | 1 | 2538 | 859.68 | 0.00 | 0.00 | 0.00 | 206.11 | 10 | 0.00 | -653.57 | Feb/2011 | 0.00 | 115,083.90 |
| 03/11/11 | 1 | NC# | 859.68 | 0.00 | 0.00 | 0.00 | 430.38 | 21 | 0.00 | -429.30 | Mar/2011 | 0.00 | 114,654.60 |
| 04/18/11 | 1 | 2557 | 859.68 | 0.00 | 0.00 | 0.00 | 775.88 | 38 | 0.00 | -83.80 | Apr/2011 | 0.00 | 114,570.80 |
| 05/20/11 | 1 | 2569 | 859.68 | 0.00 | 0.00 | 0.00 | 652.90 | 32 | 0.00 | -206.78 | May/2011 | 0.00 | 114,364.02 |
| 06/22/11 | 1 | 2578 | 859.68 | 0.00 | 0.00 | 0.00 | 672.08 | 33 | 0.00 | -187.60 | Jun/2011 | 0.00 | 114,176.42 |
| 07/22/11 | 1 | 2585 | 859.68 | 0.00 | 0.00 | 0.00 | 609.98 | 30 | 0.00 | -249.70 | Jul/2011 | 0.00 | 113,926.72 |
| 08/23/11 | 1 | 2597 | 859.68 | 0.00 | 0.00 | 0.00 | 649.23 | 32 | 0.00 | -210.45 | Aug/2011 | 0.00 | 113,716.27 |
| 10/25/11 | 1 | 2610 | 1,762.34 | 0.00 | 42.98 | 0.00 | 1,275.80 | 63 | 0.00 | -443.56 | Oct/2011 | 0.00 | 113,272.71 |
| 11/21/11 | 1 | 2619 | 859.68 | 0.00 | 0.00 | 0.00 | 544.64 | 27 | 0.00 | -315.04 | Nov/2011 | 0.00 | 112,957.67 |
| 03/12/12 | 1 | 2635 | 2,579.04 | 0.00 | 42.98 | 0.00 | 2,252.96 | 112 | 0.00 | -283.10 | Feb/2012 | 0.00 | 112,674.57 |
| 04/11/12 | 1 | 2640 | 859.68 | 0.00 | 42.98 | 0.00 | 601.96 | 30 | 0.00 | -214.74 | Mar/2012 | 0.00 | 112,459.83 |
| 05/14/12 | 1 | 2643 | 859.68 | 0.00 | 42.98 | 0.00 | 660.89 | 33 | 0.00 | -155.81 | Apr/2012 | 0.00 | 112,304.02 |
| 06/19/12 | 1 | 2649 | 859.68 | 0.00 | 42.98 | 0.00 | 719.98 | 36 | 0.00 | -96.72 | May/2012 | 0.00 | 112,207.30 |
| 08/23/12 | 1 | 2657 | 1,719.36 | 0.00 | 42.98 | 0.00 | 1,298.84 | 65 | 0.00 | -377.54 | Jul/2012 | 0.00 | 111,829.76 |
| 10/16/12 | 1 | 2661 | 1,719.36 | 0.00 | 42.98 | 0.00 | 1,075.40 | 54 | 0.00 | -600.98 | Sep/2012 | 0.00 | 111,228.78 |
| 12/10/12 | 1 | 2668 | 859.68 | 0.00 | 42.98 | 0.00 | 816.70 | 55 | 0.00 | 0.00 | Oct/2012 | 0.00 | 111,228.78 |
| 01/22/13 | 99 | 2671 | 1,719.36 | 0.00 | 42.98 | 272.73 | 851.74 | 43 | 0.00 | -551.91 | Dec/2012 | 0.00 | 110,676.87 |
| 01/22/13 | 5 | | -1,719.36 | 0.00 | -42.98 | -272.73 | -851.74 | -43 | 0.00 | +551.91 | Oct/2012 | 0.00 | 111,228.78 |
| 01/24/14 | 1 | 2721 | 859.68 | 0.00 | 42.98 | 272.73 | 543.97 | 410 | 0.00 | 0.00 | Nov/2012 | 0.00 | 111,228.78 |
| 05/02/14 | 1 | 2734 | 859.68 | 0.00 | 42.98 | 816.70 | 0.00 | 0 | 0.00 | 0.00 | Dec/2012 | 0.00 | 111,228.78 |
| 06/15/14 | 1 | 2737 | 859.68 | 0.00 | 42.98 | 816.70 | 0.00 | 0 | 0.00 | 0.00 | Jan/2013 | 0.00 | 111,228.78 |
| 07/15/14 | 1 | 2741 | 859.68 | 0.00 | 42.98 | 816.70 | 0.00 | 0 | 0.00 | 0.00 | Feb/2013 | 0.00 | 111,228.78 |
| 08/18/14 | 1 | 2746 | 859.68 | 0.00 | 42.98 | 816.70 | 0.00 | 0 | 0.00 | 0.00 | Mar/2013 | 0.00 | 111,228.78 |
| 09/26/14 | 1 | 2750 | 859.68 | 0.00 | 42.98 | 816.70 | 0.00 | 0 | 0.00 | 0.00 | Apr/2013 | 0.00 | 111,228.78 |
| 10/27/14 | 1 | 2760 | 859.68 | 0.00 | 42.98 | 816.70 | 0.00 | 0 | 0.00 | 0.00 | May/2013 | 0.00 | 111,228.78 |

Loan Software Version: Software -   0001718                                                        LC Date: May/2013

| Date | | Ref | Amount | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/20/14 | 1 | 480213 | 18.75 | 0.00 | 18.75 | 0.00 | 0.00 | 0 | 0.00 | 0.00 | May/2013 | 0.00 | 111,228.78 |
| 11/26/14 | 1 | 0102 | 859.68 | 0.00 | 67.21 | 792.47 | 0.00 | 0 | 0.00 | 0.00 | Aug/2013 | 0.00 | 111,228.78 |
| 12/18/14 | 1 | 83260b | 195.28 | 0.00 | 42.98 | 152.30 | 0.00 | 0 | 0.00 | 0.00 | Aug/2013 | 0.00 | 111,228.78 |
| 12/24/14 | 1 | 0103 | 859.68 | 0.00 | 42.98 | 816.70 | 0.00 | 0 | 0.00 | 0.00 | Sep/2013 | 0.00 | 111,228.78 |
| 01/16/15 | 1 | 2767 | 859.68 | 0.00 | 42.98 | 816.70 | 0.00 | 0 | 0.00 | 0.00 | Oct/2013 | 0.00 | 111,228.78 |
| 01/23/15 | 1 | 85945b | 390.56 | 0.00 | 42.98 | 98.88 | 248.70 | 364 | 0.00 | 0.00 | Oct/2013 | 0.00 | 111,228.78 |
| 02/20/15 | 1 | 88880b | 390.56 | 0.00 | 42.98 | 347.58 | 0.00 | 0 | 0.00 | 0.00 | Nov/2013 | 0.00 | 111,228.78 |
| 02/20/15 | 1 | 2770 | 859.68 | 0.00 | 42.98 | 816.70 | 0.00 | 0 | 0.00 | 0.00 | Dec/2013 | 0.00 | 111,228.78 |
| 03/19/15 | 1 | 2774 | 859.68 | 0.00 | 42.98 | 816.70 | 0.00 | 0 | 0.00 | 0.00 | Jan/2014 | 0.00 | 111,228.78 |
| 03/20/15 | 1 | 91790b | 390.56 | 0.00 | 42.98 | 347.58 | 0.00 | 0 | 0.00 | 0.00 | Jan/2014 | 0.00 | 111,228.78 |
| 04/16/15 | 1 | 2799 | 859.68 | 0.00 | 42.98 | 816.70 | 0.00 | 0 | 0.00 | 0.00 | Feb/2014 | 0.00 | 111,228.78 |
| 04/17/15 | 1 | 94807b | 390.56 | 0.00 | 42.98 | 347.58 | 0.00 | 0 | 0.00 | 0.00 | Mar/2014 | 0.00 | 111,228.78 |
| 05/22/15 | 1 | 97793b | 390.56 | 0.00 | 42.98 | 347.58 | 0.00 | 0 | 0.00 | 0.00 | Mar/2014 | 0.00 | 111,228.78 |
| 05/28/15 | 1 | 2784 | 859.68 | 0.00 | 42.98 | 816.70 | 0.00 | 0 | 0.00 | 0.00 | Apr/2014 | 0.00 | 111,228.78 |
| 06/19/15 | 1 | 500852 | 392.60 | 0.00 | 42.98 | 349.62 | 0.00 | 0 | 0.00 | 0.00 | May/2014 | 0.00 | 111,228.78 |
| 06/22/15 | 1 | 2786 | 859.68 | 0.00 | 42.98 | 816.70 | 0.00 | 0 | 0.00 | 0.00 | Jun/2014 | 0.00 | 111,228.78 |
| 07/17/15 | 1 | 3787bk | 394.64 | 0.00 | 42.98 | 351.66 | 0.00 | 0 | 0.00 | 0.00 | Jun/2014 | 0.00 | 111,228.78 |
| 07/22/15 | 1 | 2789 | 859.68 | 0.00 | 42.98 | 786.26 | 30.44 | 180 | 0.00 | 0.00 | Jul/2014 | 0.00 | 111,228.78 |
| 08/21/15 | 1 | 6876B | 442.17 | 0.00 | 42.98 | 399.19 | 0.00 | 0 | 0.00 | 0.00 | Aug/2014 | 0.00 | 111,228.78 |
| 08/26/15 | 1 | 2792 | 859.68 | 0.00 | 42.98 | 816.70 | 0.00 | 0 | 0.00 | 0.00 | Sep/2014 | 0.00 | 111,228.78 |
| 09/18/15 | 1 | 9968bk | 442.17 | 0.00 | 42.98 | 399.19 | 0.00 | 0 | 0.00 | 0.00 | Oct/2014 | 0.00 | 111,228.78 |
| 10/01/15 | 1 | 2813 | 859.68 | 0.00 | 42.98 | 816.70 | 0.00 | 0 | 0.00 | 0.00 | Nov/2014 | 0.00 | 111,228.78 |
| 10/23/15 | 1 | 513058 | 221.09 | 0.00 | 42.98 | 178.11 | 0.00 | 0 | 0.00 | 0.00 | Nov/2014 | 0.00 | 111,228.78 |
| 11/02/15 | 1 | 2896 | 859.68 | 0.00 | 42.98 | 816.70 | 0.00 | 0 | 0.00 | 0.00 | Dec/2014 | 0.00 | 111,228.78 |
| 11/20/15 | 1 | 16530b | 1,813.54 | 0.00 | 42.98 | 108.39 | 1,662.17 | 121 | 0.00 | 0.00 | Feb/2015 | 0.00 | 111,228.78 |
| 11/30/15 | 1 | 2831 | 859.68 | 0.00 | 42.98 | 734.58 | 82.12 | 10 | 0.00 | 0.00 | Mar/2015 | 0.00 | 111,228.78 |
| 12/18/15 | 1 | 519607 | 437.62 | 0.00 | 42.98 | 115.96 | 278.68 | 18 | 0.00 | 0.00 | Apr/2015 | 0.00 | 111,228.78 |
| 01/05/16 | 1 | 2809 | 859.68 | 0.00 | 42.98 | 77.86 | 356.54 | 18 | 0.00 | -382.30 | May/2015 | 0.00 | 110,846.48 |
| 01/15/16 | 1 | 22232b | 437.62 | 0.00 | 42.98 | 0.00 | 197.40 | 10 | 0.00 | -197.24 | May/2015 | 0.00 | 110,649.24 |
| 01/29/16 | 1 | 2816 | 859.68 | 0.00 | 42.98 | 0.00 | 275.87 | 14 | 0.00 | -540.83 | Jun/2015 | 0.00 | 110,108.41 |
| 02/19/16 | 1 | 25874b | 437.62 | 0.00 | 42.98 | 0.00 | 394.64 | 21 | 0.00 | 0.00 | Jul/2015 | 0.00 | 110,108.41 |
| 02/29/16 | 1 | 2822 | 859.68 | 0.00 | 42.98 | 17.14 | 196.08 | 10 | 0.00 | -603.48 | Aug/2015 | 0.00 | 109,504.93 |
| 04/01/16 | 1 | 2837 | 859.68 | 0.00 | 42.98 | 0.00 | 624.03 | 32 | 0.00 | -192.67 | Sep/2015 | 0.00 | 109,312.26 |
| 04/15/16 | 1 | 321112 | 437.62 | 0.00 | 42.98 | 0.00 | 272.53 | 14 | 0.00 | -122.11 | Sep/2015 | 0.00 | 109,190.15 |
| 05/02/16 | 1 | 2840 | 859.68 | 0.00 | 42.98 | 0.00 | 330.56 | 17 | 0.00 | -486.14 | Oct/2015 | 0.00 | 108,704.01 |
| 05/20/16 | 1 | 35344b | 437.62 | 0.00 | 0.00 | 0.00 | 348.45 | 18 | 0.00 | -89.17 | Oct/2015 | 0.00 | 108,614.84 |
| 05/31/16 | 1 | 2846 | 859.68 | 0.00 | 42.98 | 0.00 | 212.77 | 11 | 0.00 | -603.93 | Nov/2015 | 0.00 | 108,010.91 |
| 06/17/16 | 1 | 38637b | 437.62 | 0.00 | 0.00 | 0.00 | 326.99 | 17 | 0.00 | -110.63 | Dec/2015 | 0.00 | 107,900.28 |
| 07/01/16 | 1 | 2849 | 859.68 | 0.00 | 42.98 | 0.00 | 269.01 | 14 | 0.00 | -547.69 | Jan/2016 | 0.00 | 107,352.59 |
| 07/15/16 | 1 | 41579b | 437.62 | 0.00 | 0.00 | 0.00 | 267.65 | 14 | 0.00 | -169.97 | Jan/2016 | 0.00 | 107,182.62 |
| 08/09/16 | 1 | 2851 | 859.68 | 0.00 | 42.98 | 0.00 | 477.18 | 25 | 0.00 | -339.52 | Feb/2016 | 0.00 | 106,843.10 |
| 08/19/16 | 1 | 44671b | 566.41 | 0.00 | 0.00 | 0.00 | 190.27 | 10 | 0.00 | -376.14 | Mar/2016 | 0.00 | 106,466.96 |
| 09/02/16 | 1 | 2853 | 859.68 | 0.00 | 42.98 | 0.00 | 265.44 | 14 | 0.00 | -551.26 | Apr/2016 | 0.00 | 105,915.70 |
| 09/16/16 | 1 | 47321b | 446.40 | 0.00 | 0.00 | 0.00 | 264.06 | 14 | 0.00 | -182.34 | May/2016 | 0.00 | 105,733.36 |
| 10/03/16 | 1 | 2870 | 859.68 | 0.00 | 42.98 | 0.00 | 320.10 | 17 | 0.00 | -496.60 | Jun/2016 | 0.00 | 105,236.76 |
| 10/21/16 | 1 | 550841 | 505.70 | 0.00 | 0.00 | 0.00 | 337.33 | 18 | 0.00 | -168.37 | Jul/2016 | 0.00 | 105,068.39 |

LC Date: Oct/2016

| Date | | Ref | Amount | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/31/16 | 1 | 2878 | 859.68 | 0.00 | 42.98 | 0.00 | 187.11 | 10 | 0.00 | -629.59 | Aug/2016 | 0.00 | 104,438.80 |
| 11/18/16 | 1 | 54031 | 443.14 | 0.00 | 0.00 | 0.00 | 334.78 | 18 | 0.00 | -108.36 | Sep/2016 | 0.00 | 104,330.44 |
| 12/02/16 | 1 | 2896 | 859.68 | 0.00 | 42.98 | 0.00 | 260.11 | 14 | 0.00 | -556.59 | Oct/2016 | 0.00 | 103,773.85 |
| 12/16/16 | 1 | 57032b | 443.14 | 0.00 | 0.00 | 0.00 | 258.72 | 14 | 0.00 | -184.42 | Nov/2016 | 0.00 | 103,589.43 |
| 12/29/16 | 1 | 2929 | 859.68 | 0.00 | 42.98 | 0.00 | 239.82 | 13 | 0.00 | -576.88 | Dec/2016 | 0.00 | 103,012.55 |
| 01/20/17 | 1 | 59608b | 443.14 | 0.00 | 0.00 | 0.00 | 403.58 | 22 | 0.00 | -39.56 | Dec/2016 | 0.00 | 102,972.99 |
| 02/02/17 | 1 | 2935 | 859.68 | 0.00 | 42.98 | 0.00 | 238.39 | 13 | 0.00 | -578.31 | Jan/2017 | 0.00 | 102,394.68 |
| 02/17/17 | 1 | 62906b | 373.53 | 0.00 | 0.00 | 0.00 | 273.52 | 15 | 0.00 | -100.01 | Jan/2017 | 0.00 | 102,294.67 |
| 03/06/17 | 1 | 2937 | 859.68 | 0.00 | 42.98 | 0.00 | 309.69 | 17 | 0.00 | -507.01 | Feb/2017 | 0.00 | 101,787.66 |
| 03/17/17 | 1 | 65917b | 443.14 | 0.00 | 0.00 | 0.00 | 199.39 | 11 | 0.00 | -243.75 | Feb/2017 | 0.00 | 101,543.91 |
| 04/17/17 | 1 | 2939 | 859.68 | 0.00 | 42.98 | 0.00 | 560.58 | 31 | 0.00 | -256.12 | Mar/2017 | 0.00 | 101,287.79 |
| 04/21/17 | 1 | 69010b | 664.71 | 0.00 | 0.00 | 0.00 | 72.15 | 4 | 0.00 | -592.56 | Mar/2017 | 0.00 | 100,695.23 |
| 05/01/17 | 1 | 2941 | 859.68 | 0.00 | 42.98 | 0.00 | 179.32 | 10 | 0.00 | -637.38 | Apr/2017 | 0.00 | 100,057.85 |
| 05/19/17 | 1 | 72256b | 221.57 | 0.00 | 0.00 | 0.00 | 221.57 | 18 | 0.00 | 0.00 | Apr/2017 | 0.00 | 100,057.85 |
| 06/16/17 | 1 | 74992b | 443.14 | 0.00 | 42.98 | 0.00 | 400.16 | 28 | 0.00 | 0.00 | Apr/2017 | 0.00 | 100,057.85 |
| 07/03/17 | 1 | 2945 | 859.68 | 0.00 | 42.98 | 0.00 | 302.91 | 17 | 0.00 | -513.79 | May/2017 | 0.00 | 99,544.06 |
| 07/21/17 | 1 | 8308bk | 443.14 | 0.00 | 0.00 | 0.00 | 319.09 | 18 | 0.00 | -124.05 | May/2017 | 0.00 | 99,420.01 |
| 08/14/17 | 1 | 2866 | 859.68 | 0.00 | 42.98 | 0.00 | 424.92 | 24 | 0.00 | -391.78 | Jun/2017 | 0.00 | 99,028.23 |
| 08/21/17 | 1 | 81398b | 634.59 | 0.00 | 0.00 | 0.00 | 123.45 | 7 | 0.00 | -511.14 | Jun/2017 | 0.00 | 98,517.09 |
| 09/22/17 | 1 | 4382bk | 225.52 | 0.00 | 42.98 | 0.00 | 182.54 | 32 | 0.00 | 0.00 | Jun/2017 | 0.00 | 98,517.09 |
| 10/02/17 | 1 | 3001 | 859.68 | 0.00 | 42.98 | 0.00 | 175.44 | 10 | 0.00 | -641.26 | Jul/2017 | 0.00 | 97,875.83 |
| 10/02/17 | 1 | 3002 | 859.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | -859.68 | Aug/2017 | 0.00 | 97,016.15 |
| 10/20/17 | 1 | 87426b | 225.52 | 0.00 | 0.00 | 0.00 | 225.52 | 18 | 0.00 | 0.00 | Sep/2017 | 0.00 | 97,016.15 |
| 10/30/17 | 1 | 3004 | 859.68 | 0.00 | 42.98 | 85.46 | 172.77 | 10 | 0.00 | -558.47 | Oct/2017 | 0.00 | 96,457.68 |
| 11/17/17 | 1 | 1234bk | 444.08 | 0.00 | 0.00 | 0.00 | 309.19 | 18 | 0.00 | -134.89 | Oct/2017 | 0.00 | 96,322.79 |
| 12/04/17 | 1 | 3011 | 859.68 | 0.00 | 42.98 | 0.00 | 291.61 | 17 | 0.00 | -525.09 | Nov/2017 | 0.00 | 95,797.70 |
| 12/15/17 | 1 | 94337b | 444.08 | 0.00 | 0.00 | 0.00 | 187.66 | 11 | 0.00 | -256.42 | Nov/2017 | 0.00 | 95,541.28 |
| 12/29/17 | 1 | 3014 | 859.68 | 0.00 | 42.98 | 0.00 | 238.20 | 14 | 0.00 | -578.50 | Dec/2017 | 0.00 | 94,962.78 |
| 12/29/17 | 1 | 3013 | 859.68 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | -859.68 | Jan/2018 | 0.00 | 94,103.10 |
| 01/19/18 | 1 | 6961bk | 444.08 | 0.00 | 0.00 | 0.00 | 351.92 | 21 | 0.00 | -92.16 | Feb/2018 | 0.00 | 94,010.94 |
| 02/01/18 | 1 | 3018 | 859.68 | 0.00 | 0.00 | 0.00 | 217.64 | 13 | 0.00 | -642.04 | Mar/2018 | 0.00 | 93,368.90 |
| 02/16/18 | 1 | 0700bk | 444.08 | 0.00 | 0.00 | 0.00 | 249.41 | 15 | 0.00 | -194.67 | Mar/2018 | 0.00 | 93,174.23 |
| 03/01/18 | 1 | 3022 | 859.68 | 0.00 | 0.00 | 0.00 | 215.70 | 13 | 0.00 | -643.98 | Apr/2018 | 0.00 | 92,530.25 |
| 03/16/18 | 1 | 3865bk | 444.08 | 0.00 | 0.00 | 0.00 | 247.17 | 15 | 0.00 | -196.91 | Apr/2018 | 0.00 | 92,333.34 |
| 03/30/18 | 1 | 3025 | 859.68 | 0.00 | 0.00 | 0.00 | 230.20 | 14 | 0.00 | -629.48 | May/2018 | 0.00 | 91,703.86 |
| 04/20/18 | 1 | 6931bk | 320.42 | 0.00 | 0.00 | 0.00 | 320.42 | 21 | 0.00 | 0.00 | May/2018 | 0.00 | 91,703.86 |
| 04/30/18 | 1 | 3029 | 859.68 | 0.00 | 0.00 | 22.53 | 163.31 | 10 | 0.00 | -673.84 | Jun/2018 | 0.00 | 91,030.02 |
| 06/11/18 | 1 | 3038 | 859.68 | 0.00 | 0.00 | 0.00 | 680.85 | 42 | 0.00 | -178.83 | Jul/2018 | 0.00 | 90,851.19 |
| 08/31/18 | 1 | 3050 | 859.68 | 0.00 | 42.98 | 0.00 | 816.70 | 81 | 0.00 | 0.00 | Aug/2018 | 0.00 | 90,851.19 |
| 10/05/18 | 1 | 3051 | 859.68 | 0.00 | 42.98 | 493.80 | 322.90 | 35 | 0.00 | 0.00 | Sep/2018 | 0.00 | 90,851.19 |
| 11/05/18 | 1 | 3058 | 859.68 | 0.00 | 42.98 | 243.36 | 501.55 | 31 | 0.00 | -71.79 | Oct/2018 | 0.00 | 90,779.40 |
| 12/06/18 | 1 | 3066 | 859.68 | 0.00 | 42.98 | 0.00 | 501.15 | 31 | 0.00 | -315.55 | Nov/2018 | 0.00 | 90,463.85 |
| 12/06/18 | 1 | 3062 | 859.69 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 0.00 | -859.69 | Dec/2018 | 0.00 | 89,604.16 |
| 02/01/19 | 1 | 3075 | 859.68 | 0.00 | 42.98 | 0.00 | 816.70 | 57 | 0.00 | 0.00 | Jan/2019 | 0.00 | 89,604.16 |
| 02/01/19 | 1 | 3072 | 859.68 | 0.00 | 0.00 | 92.84 | 0.00 | 0 | 0.00 | -766.84 | Feb/2019 | 0.00 | 88,837.32 |
| 04/03/19 | 1 | 3079 | 859.68 | 0.00 | 42.98 | 0.00 | 816.70 | 61 | 0.00 | 0.00 | Mar/2019 | 0.00 | 88,837.32 |

LC Date: Apr/2019

| Date | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/04/19 | 1 | 3084 | 859.68 | 0.00 | 0.00 | 148.34 | 15.82 | 1 | 0.00 | -695.52 | Apr/2019 | 0.00 | 88,141.80 |
| | | | -------- | -------- | -------- | -------- | -------- | ----- | -------- | -------- | -------- | ---------- | -------- |
| *** Totals | | | 87,795.04 | | 3,309.46 | 20,378.19 | 36,711.19 | | 0.00 | -27,396.20 | Apr/2019 | 0.00 | |

Acct: BFIFHI0262*
*** CLOSING AMTS *** Numbers With Brackets NOT Included In Totals                0.00

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No. 14-10620 |
| ) | Chapter 13 |
| Orlando Todd Brown and ) | |
| Valeria Brown, ) | |
| ) | |
| Debtors. ) | Honorable Timothy A. Barnes |

TO:    Marilyn O. Marshall, Chapter 13 Trustee, 224 S. Michigan Avenue, Suite 800, Chicago, IL 60604 by electronic notice through ECF
Orlando and Valeria Brown, 8120 S. Francisco Avenue, Chicago, IL 60652
Joseph Mark D'Onofrio, Geraci Law LLC, 55 E. Monroe Street, Suite 3400, Chicago, IL 60603 by electronic notice through ECF

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of Brendan Financial, Inc.'s Response to Notice of Final Cure Payment was served electronically upon the Trustee and Debtors' attorney via electronic notice, and as to the debtors by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 24 East Avenue, Riverside, IL 60546, this 8th day of April, 2019.

/s/ Scott R. Barfuss
ARDC No. 6289005
24 East Avenue
Riverside IL 60546
(708) 788-4870
Attorney for Brendan Financial, Inc.